UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **LEROY A. SARGENT,** | ) |
| | ) |
|       **Plaintiff** | ) |
| | ) |
|       v. | )   Civil No. 06-122-P-C |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner** | ) |
| **Of Social Security,** | ) |
| | ) |
|       **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 21, 2007, his Recommended Decision (Docket No. 18). Plaintiff Leroy A. Sargent filed his Objection to the Recommended Decision (Docket No. 19) on April 9, 2007. The Defendant filed its response to Plaintiff's Objection (Docket No. 20) on April 26, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 11) is **GRANTED**.

                                                      /s/George Z. Singal
                                                      George Z. Singal, Chief Judge

Dated: May 1, 2007